**Harry S. SHRINER, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2005.

## ORDER

PER CURIAM.

AND NOW, this 28th day of September, 2005, the Order of the Commonwealth Court is hereby affirmed. Appellee's Motion to Suppress Appellant's Reply Brief and Supplemental Reproduced Record is denied.